IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANELLE JENNINGS,<br><br>Plaintiff,<br><br>v.<br><br>EMORY HEALTHCARE, INC.,<br>A Georgia Non-Profit Corporation,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:11-cv-02786-AT |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Janelle Jennings, as evidenced by her counsel's signature below, DISMISSES WITH PREJUDICE all claims against Defendant that were, or could have been, raised by her in the above-styled lawsuit. Each party will bear its own costs and attorneys' fees.

This 7th day of February, 2012.

*[signatures appear on following page]*

| | |
|---|---|
| /s/Kimberly N. Martin | /s/ Whitney Ferrer |
| Kimberly N. Martin | Whitney Ferrer |
| Georgia Bar No. 473410 | Georgia Bar No. 501028 |
| kmartin@martinandmartinlaw.com | wferrer@littler.com |
| Thomas F. Martin | Nathan J. Allen |
| Georgia Bar No. 482595 | Georgia Bar No. 141304 |
| tfmartin@martinandmartinlaw.com | nallen@littler.com |
| | |
| MARTIN & MARTIN, LLP | LITTLER MENDELSON, P.C. |
| P.O. Box 1070 | 3344 Peachtree Road N.E. |
| Tucker, GA 30085-1070 | Suite 1500 |
| T – 404.313.5538 | Atlanta, GA  30326-4803 |
| F – 770.837.2678 | T – 404.233.0330 |
| | F – 404.233.2361 |
| Attorney for Plaintiff | |
| Janelle Jennings | Attorneys for Defendant |
| | Emory Healthcare, Inc. |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JANELLE JENNINGS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EMORY HEALTHCARE, INC.,**<br>**A Georgia Non-Profit Corporation,**<br><br>**Defendant.** | **CIVIL ACTION FILE**<br>**NO. 1:11-cv-02786-AT** |

### CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Whitney Ferrer
Nathan J. Allen
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA  30326-4803

This 7th day of February, 2012.          /s/ Kimberly N. Martin